# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | Case Number: **2:24CR00312-1** |
| **RASHAWN JULIUS SOLOMON** | Defendant's Attorney: Meghan McLoughlin, Assistant Federal Defender |

**THE DEFENDANT:**

[✓] pleaded guilty to count  1  of the Information.
[ ] pleaded nolo contendere to count(s) ___ , which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:1703B.M | DESTRUCTION OF MAIL | 08/26/2022 | Count 1 |

The defendant is sentenced as provided in pages 2 through  8  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) ___ .
[ ] Count(s) ___ dismissed on the motion of the United States.
[ ] Indictment is to be dismissed by District Court on motion of the United States.
[✓] Appeal rights given.        [✓] Appeal rights waived.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States attorney of material changes in economic circumstances.

1/13/2025
Date of Imposition of Judgment

*/s/ Chi Soo Kim*
Signature of Judicial Officer

**Chi Soo Kim**, United States Magistrate Judge
Name & Title of Judicial Officer

1/23/2025
Date

DEFENDANT: **RASHAWN JULIUS SOLOMON**  
CASE NUMBER: **2:24CR00312-1**

Page 2 of 8

## PROBATION

The defendant is hereby sentenced to probation for a term of:
<u>18 months</u>.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The defendant's probation shall be unsupervised by the probation office.
2. Defendant shall not commit another federal, state, or local crime.
3. Defendant shall not illegally possess any controlled substance.
4. Defendant shall make restitution and pay the assessment imposed.
5. Defendant shall notify the Court and U.S. Attorney's Office (AUSA Nick Fogg and Paralegal Sherri Swanson) of any material change in the Defendant's economic circumstances that might affect the Defendant's ability to pay restitution, fines, or special assessment.
6. Defendant shall pay the fine ordered.
7. Defendant is barred from working as a mail or package handler at the U.S. Postal Service or for a private entity/ facility.

DEFENDANT: **RASHAWN JULIUS SOLOMON**  
CASE NUMBER: **2:24CR00312-1**

Page 3 of 8

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

**TOTALS**

| Processing Fee | Assessment | AVAA Assessment* | JVTA Assessment** | Fine | Restitution |
|---|---|---|---|---|---|
| | $25.00 | $0.00 | $0.00 | $500.00 | $7,632.45 |

[ ] The determination of restitution is deferred until ____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

[✓] The court orders the defendant to pay restitution to the victim(s) as outlined in the Restitution Attachment on Sheet 5B.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

[✓] Restitution amount ordered pursuant to plea agreement $ 7,632.45

[ ] The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[✓] The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  [✓] The interest requirement is waived for the    [✓] fine   [✓] restitution

  [ ] The interest requirement for the    [ ] fine   [ ] restitution is modified as follows:

[ ] If incarcerated, payment of any unpaid criminal monetary penalties in this case is due during imprisonment at the rate of 10% of the defendant's gross income per month or $25 per quarter, whichever is greater. Payment shall be made through the Bureau of Prisons Inmate Financial Responsibility Program.

[✓] Other: Defendant shall make monthly payments of a minimum 5% of Defendant's monthly income towards the restitution and fine ordered.

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299

\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.

\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B-CAED (Rev. 09/2019) Sheet 5B - Criminal Monetary Penalties

DEFENDANT: **RASHAWN JULIUS SOLOMON**  
CASE NUMBER: **2:24CR00312-1**

Page 4 of 8

## RESTITUTION PAYMENTS

Restitution of $7,632.45 to:

ADRIAN COLLINS  
CARROLLTON, TX 75006  
$100.00

AL FUJISAWA  
HONOLULU, HI 96813  
$30.00

ANNE DAVIS EAST  
WOODLAND, CA 95695  
$30.00

ARTEMIO TRINIDAD  
KAUNAKAKAI, HI 96748  
$50.00

BARBARA CAMPBELL  
AVONDALE, PA 19311  
$75.00

BARBARA LEE  
MONTAGUE, CA 96064  
$30.00

BARBARA SERBENT  
CASTLETON, VA 22716  
$50.00

BARBARA WHALEY  
MILLSBORO, DE 19966  
$30.00

BONNIE BOJORQUEZ  
KOLOA, HI 96756  
$100.00

BROOKE EVERHART  
MILILANI, HI 96789  
$20.00

BROOKE EVERHART  
MILILANI, HI 96789  
$20.00

CAROL BERRY  
MC GRATH, MN 56350  
$20.00

CAROL LEASURE  
CLEARWATER, CA 33759  
$100.00

CAROLYN PERKINS  
BEDFORD, TX 76021  
$100.00

CAROLYN YAMAMOTO  
KAHULUI, HI 96732  
$30.00

CHARLES MATTHYS  
GRAND PRAIRIE, TX 75052  
$30.00

CHERIE DASMACCI  
KIHEI, HI 96753  
$50.00

CHRISTINA FELDMAN  
CHANTILLY, VA 20152  
$50.00

CHRISTINA KRUEGER  
KAILUA KONA, HI 96740  
$100.00

CHRISTINA WILLMAN  
FREEPORT, IL 61032  
$30.00

CYNTHIA PERPICH  
WICHITA FALLS, TX 76310  
$50.00

DANIELLE WELLER  
KEAAU, HI 96749  
$25.00

DEBORAH GARCIN  
PILOT POINT, TX 76258  
$25.00

DENISE CAROLIN  
NA'ALEHU, HI 96772  
$35.00

DERENE WRIGHT  
PINE HILL, NJ 08021  
$50.00

DIANE HULLMAN  
PAHOA, HI 96778  
$100.00

ELLA MARSHA GRAVES  
REMINGTON, VA 22734  
$25.00

EMMA VISITACION  
KAPOLEI, HI 96707  
$30.00

ERL ORAL  
KAMUELA, HI 96743  
$30.00

EUGENE PRICE  
KURTISTOWN, HI 96760  
$141.00

EVANGELINE BARBA  
WAIPAHU, HI 96797  

EVELYN RAPOZO  
PRINCEVILLE, HI 96722

$300.00                                                            $30.00

AO 245B-CAED (Rev. 09/2019) Sheet 5B - Criminal Monetary Penalties

DEFENDANT: **RASHAWN JULIUS SOLOMON**  
CASE NUMBER: **2:24CR00312-1**

Page 5 of 8

FLOYD SMITH  
FALLS CHURCH, VA 22043  
$5.00

FLUCARD SIMANJURLOK  
FORT WORTH, TX 76108  
$20.00

GAYLE WAGNER  
ALEXANDRIA, VA 22315  
$40.00

GERALDINE HESTER  
WASHINGTON, DC 20018  
$50.00

HEATHER UNGER  
AIEA, HI 96701  
$25.00

HYON KINOSHITA  
HONOLULU, HI 96814  
$30.00

IIONA MEERS  
PHEONIXVILLE, PA 19460  
$30.00

JACK MOSER  
TREMONT, IL 61568  
$30.00

JACQUELINE KWAN  
CLOVIS, NM 88101  
$200.00

JACQUELINE MOORE  
WOODBRIDGE, VA 22193  
$40.00

JAMES KARR  
WACO, TX 76708  
$30.00

JAN AND VENNITA MARCUSSEN  
LOGAN, HI 62856  
$70.00

JAN KUHNS  
WAIMANALO, HI 96795  
$56.00

JANE TANAKA  
HONOLULU, HI 96825  
$20.00

JANET LUMBERG-MILLER  
KAILUA KONA, HI 96740  
$50.00

JANET PERKINS  
OAK LAWN, IL 60453  
$50.00

JANET TATE  
ROSWELL, NM 88201  
$50.00

JEAN NIES  
HUTCHINSON, MN 55350  
$30.00

JINSUKE AND JANET MIYASHIRO  
KANEOHE, HI 96744  
$30.00

JOHN AND ALICIA NAPOLI  
WILDWOOD, MO 63005  
$30.00

JOSEPH AXIOTIS  
CTS HEIGHTS, CA 95621  
$300.00

JOSEPH CASALE  
HALEIWA, HI 96712  
$30.00

JOY VIERRA  
SOMERSET, CA 95684  
$501.96

JUDY ANDERSON  
PLANO, TX 75023  
$30.00

JUNE HOWE  
KIHEI, HI 96753  
$80.00

KAREN SHIRATORI  
MILILANI, HI 96789  
$30.00

KATHERYN DZUBECK  
WASHINGTON, DC 20037  
$30.00

KATHERYN DZUBECK  
WASHINGTON, DC 20037  
$30.00

KATHLEEN REIFKE  
PATTSTOWN, PA 19465  
$50.00

KELI GARRETT  
FT WORTH, TX 76244  
$25.00

KENNETH WILLIAMS  
PLANO, TX 75075  
$50.00

KIMBERLY WOOD  
DUMFRIES, VA 22026  
$30.00

DEFENDANT: **RASHAWN JULIUS SOLOMON**  
CASE NUMBER: **2:24CR00312-1**

Page 6 of 8

| | |
|---|---|
| KULDIP KAUR<br>KANNAPOLIS, NC 28081<br>$30.00 | LAUREL SCHUSTER<br>HONOLULU, HI 96816<br>$200.00 |
| LAUREN POST<br>TAMUNING, GU 96913<br>$50.00 | LEE FOSTER<br>CAPTAIN COOK, HI 96704<br>$30.00 |
| LINDSEY PASWATER<br>FORT WORTH, TX 76244<br>$25.00 | LIZ NGUYEN<br>ALLEN, TX 75013<br>$30.00 |
| MARSHA OWENS<br>KAILUA KONA, HI 96740<br>$50.00 | MARY ALICE WILLIAMS<br>CHICAGO, IL 60643<br>$200.00 |
| MARY ANN KLOPFLEISCH<br>BOTKINS, OH 45306<br>$30.00 | MARY JICINSKY<br>AUBURNDALE, WI 54412<br>$10.00 |
| MERETA ALSPAUGH<br>CLAYTON, GA 30525<br>$30.00 | MICHAEL DAHLER<br>KIMUELA, HI 96743<br>$30.00 |
| MICHAEL HENNIG<br>KAHUKU, HI 96731<br>$50.00 | MICHELLE MILLER<br>KAPAA, HI 96746<br>$40.00 |
| MICHELLE SHULTZ<br>PORTAGE, IN 46368<br>$20.00 | MIDGE WILLARD<br>KENNETT SQUARE, PA 19348<br>$100.00 |
| MIRIAM LAGO<br>BOCA RATON, FL 33433<br>$30.00 | MORGAN KNOX<br>WINTHROP, ME 04364<br>$25.00 |
| NANCY LAWRENCE<br>FALLS CHURCH, VA 22046<br>$100.00 | OLGA SPARKS<br>KAILUA KONA, HI 96740<br>$30.00 |
| OLIVER WASHBURN<br>WEATHERFORD, TX 76085<br>$75.00 | PAUL WEBER<br>CATONSVILLE, MD 21228<br>$30.00 |
| PRESTON BACH<br>CLIFTON, VA 20124<br>$4.49 | RAFAEL RODRIGUES<br>GRASS VALLEY, CA 95949<br>$200.00 |
| RANDY AND EMILY TWILLING<br>HILO, HI 96720<br>$50.00 | RAY COX<br>PLANT CITY, FL 33565<br>$10.00 |
| ROB AND LYNN JENSEN<br>DAYTON, OH 45459<br>$30.00 | SARAH CARLSON<br>KAHULUI, HI 96732<br>$50.00 |
| SETH STUART<br>KAILUA KONA, HI 96740<br>$160.00 | SHANE WILLIAMS<br>KAILUA KONA, HI 96734<br>$100.00 |
| SONIA DANSE<br>POUGHKEEPSIE, NY 12601<br>$50.00 | STACI GIBSON<br>TEACGUE, TX 75860<br>$30.00 |

AO 245B-CAED (Rev. 09/2019) Sheet 5B - Criminal Monetary Penalties

DEFENDANT: **RASHAWN JULIUS SOLOMON**  
CASE NUMBER: **2:24CR00312-1**

Page 7 of 8

STEPHANIE MCKINLEY  
HONOLULU, HI 96815  
$50.00

STEPHANIE SCOTTO  
HONAUNAV, HI 96726  
$100.00

SURRINDER SANDHU  
CENTREVILLE, VA 20121  
$195.00

SUSAN BRENNER  
WELLINGTON, FL 33449  
$30.00

SUSAN DAILEY  
BROWNSBORO, TX 75756  
$20.00

SUSAN EDGAR-LEE  
BOYNTON BEACH, FL 33435  
$99.00

SUSAN GEDEON  
BEREA, OH 44017  
$40.00

SUSAN GOVIER  
AIEA, HI 96701  
$30.00

SUSAN I. POLANCO DE COUET  
KAILUA, HI 96734  
$21.00

TANYA WERNER  
SACRAMENTO, CA 95683  
$25.00

THOMAS MASSEY  
GALLOWAY, NJ 08205  
$30.00

TINA GARVIN  
LAHAINA, HI 96761  
$100.00

TOM TATE  
NICOLAUS, CA 95659  
$100.00

TOM VENUS  
WAIKOLOA, HI 96738  
$100.00

TONY AND KATHY POGGI  
KAILUA KONA, HI 96740  
$100.00

VICTORIA YOUNG  
HONOLULU, HI 96818  
$30.00

VIRGINIA LAMMERS  
WAILUKU, HI 96793  
$24.00

WAYNE HALL  
WOODBRIDGE, VA 22191  
$100.00

WILLA ZHEN  
TIVOLI, NY 12583  
$200.00

WILLIAM ROCKRIVER  
KAILUA KONA, HI 96745  
$30.00

YOLANDA MACK  
PALM CITY, FL 34990  
$300.00

YOLANDA MORREIRA  
MILILANI, HI 96789  
$20.00

ZOWIE LUCAS  
LAKE PLACID, NY 12946  
$30.00

AO 245B-CAED (Rev. 09/2019) Sheet 6 - Schedule of Payments

DEFENDANT: **RASHAWN JULIUS SOLOMON**  
CASE NUMBER: **2:24CR00312-1**

Page 8 of 8

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A. [ ]   Lump sum payment of $ ___ due immediately, balance due

   [ ]   Not later than ___, or
   [ ]   in accordance   [ ] C,   [ ] D,   [ ] E, or   [ ] F below; or

B. [✓]   Payment to begin immediately (may be combined with   [ ] C,   [ ] D,   or [✓] F below); or

C. [ ]   Payment in equal ___ *(e.g. weekly, monthly, quarterly)* installments of $ ___ over a period of ___ *(e.g. months or years)*, to commence ___ *(e.g. 30 or 60 days)* after the date of this judgment; or

D. [ ]   Payment in equal ___ *(e.g. weekly, monthly, quarterly)* installments of $ ___ over a period of ___ *(e.g. months or years)*, to commence ___ *(e.g. 30 or 60 days)* after release from imprisonment to a term of supervision; or

E. [ ]   Payment during the term of supervised release/probation will commence within ___ *(e.g. 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F. [✓]   Special instructions regarding the payment of criminal monetary penalties:

   [✓] **Payments must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to:**
   [✓] CLERK U.S.D.C.
       501 "I" Street, #4-200
       Sacramento, CA 95814

   Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.
   **Defendant will make monthly payments of a minimum 5% of Defendant's monthly income towards the restitution and fine ordered.**

If incarcerated, payment of any unpaid criminal monetary penalties in this case is due during imprisonment at the rate of 10% of the defendant's gross income per month or $25 per quarter, whichever is greater. Payment shall be made through the Bureau of Prisons Inmate Financial Responsibility Program.

The defendant shall make payments toward any unpaid criminal monetary penalties in this case during supervision at the rate of at least 10% of your gross monthly income. Payments are to commence no later than 60 days from placement on supervision. This payment schedule does not prohibit the United States from collecting through all available means any unpaid criminal monetary penalties at any time, as prescribed by law.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ]   The defendant shall pay the cost of prosecution.

[ ]   The defendant shall pay the following court cost(s):

[ ]   The defendant shall forfeit the defendant's interest in the following property to the United States: The Preliminary Order of Forfeiture is hereby made final as to this defendant and shall be incorporated into the Judgment.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.