MICHELE BECKWITH
Acting United States Attorney
KEVIN C. KHASIGIAN
NICHOLAS M. FOGG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RASHAWN JULIUS SOLOMON,<br><br>Defendant. | CASE NO.  2:24-CR-00312 CSK<br><br>REQUEST AND [~~PROPOSED~~] ORDER TO APPLY FUNDS TO RESTITUTION AND DISBURSE FUNDS TO DEFENDANT'S VICTIMS |

**REQUEST TO APPLY FUNDS TO RESTITUTION
AND DISBURSE THOSE FUNDS TO VICTIMS**

The United States requests the Court enter an order permitting the turnover and disbursement of funds liquidated from gift cards stolen by Defendant RASHAWN JULIUS SOLOMON while employed as a baggage handler for a company located in the Eastern District of California.  The United States shall turnover those funds to the Clerk of Court and hereby REQUESTS the Court enter an order authorizing the Clerk of Court to disburse the liquidated funds to victims of SOLOMON's crimes:

1. Defendant RASHAWN JULIUS SOLOMON pled guilty to one count of 18 U.S.C. § 1703(b) and agreed to a companion forfeiture provision covering the sixty ("60") gift cards stolen by him and later seized by postal authorities on September 1, 2022.  *See* ECF No. 6.

2. On January 13, 2025, the Court sentenced the defendant to 18 months of probation and ordered him to pay restitution of $7,632.45.

3. U.S. Postal authorities, the relevant custodian, have processed and are ready to liquidate the stolen gift cards (and any funds recovered from the cards) that Defendant SOLOMON agreed to forfeit and abandon. Postal authorities are presently positioned to process the cards to capture any balances and thereafter send payment representing the recovered funds to the United States District Court Clerk, 501 I Street, 4th Floor, Sacramento, California 95814.

4. The United States requests the Clerk of Court disburse the funds according to the terms of Defendant SOLOMON's judgment and commitment entered on January 23, 2025:

> If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

ECF No. 10 at pg. 3.

5. The victims' names, addresses, and total losses are set forth on pages four through eight of Defendant SOLOMON's judgment and commitment. *See* ECF No. 10.

6. The United States recommends that Defendant SOLOMON's restitution order be credited the amount recovered from the gift cards and disbursed to victims by the Clerk of Court.

DATED:   February 24, 2025        Respectfully submitted,

                                  MICHELE BECKWITH
                                  Acting United States Attorney


                                  /s/ Kevin C. Khasigian
                                  KEVIN C. KHASIGIAN
                                  Assistant United States Attorney

**ORDER**

1. Defendant RASHAWN JULIUS SOLOMON having pled guilty to federal crimes that included forfeiture and abandonment, and the Court imposing restitution of $7,632.45 against the Defendant.

2. The United States now being positioned to recover, access, and liquidate the assets that Defendant SOLOMON agreed to forfeit and abandon.

3. The United States SHALL send a payment of the total amount of recovered funds to the United States District Court Clerk, 501 I Street, 4th Floor, Sacramento, California 95814.

4. The Clerk of Court for the Eastern District of California SHALL disburse the amount recovered by Postal Authorities according to the terms of Defendant SOLOMON's judgment and commitment, which states as follows:

> If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

5. Defendant SOLOMON's restitution order is reduced by the amount of funds disbursed to victims by the Clerk of Court.

DATED: February 24, 2025

HON. CHI SOO KIM
United States Magistrate Judge
Eastern District of California

2